ingly the license issued to Paul L. Fourchy, on the 10th of March, 1884, to practice as an attorney and counsellor at law, is hereby revoked and rescinded, and his name is ordered stricken from the roll of attorneys.

### Oscar LIVINGSTON, Plaintiff and Appellant, v. BOARD OF LEVEE COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, Defendant and Appellee. *

No. 12082.

Court of Appeal of Louisiana. Orleans.
Oct. 17, 1932.

St. John Perret, John R. Perez, Henry G. McMahon, and John H. Holmes, all of New Orleans, for appellant.

James Wilkinson, N. H. Polmer, and George Piazza, all of New Orleans, for appellee.

PER CURIAM.

For the reasons assigned in the case of John Williams et al. v. Board of Levee Commissioners of Orleans Levee District (La. App.) 141 So. 871, decided May 30, 1932, it is ordered, adjudged, and decreed that the judgment herein appealed from be, and it is, affirmed.

Affirmed.

### Alice E. DOBSON, Plaintiff and Appellant, v. BOARD OF LEVEE COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, Defendant and Appellee. *

No. 12084.

Court of Appeal of Louisiana. Orleans.
Oct. 17, 1932.

St. John Perret, John R. Perez, Henry G. McMahon, and John H. Holmes, all of New Orleans, for appellant.

James Wilkinson, N. H. Polmer, and George Piazza, all of New Orleans, for appellee.

PER CURIAM.

For the reasons assigned in the case of John Williams et al. v. Board of Levee Commissioners of Orleans Levee District (La. App.) 141

So. 871, decided May 30th, 1932, it is ordered, adjudged, and decreed that the judgment herein appealed from be, and it is, affirmed.

Affirmed.

### William LEGANIE, Plaintiff and Appellant, v. BOARD OF LEVEE COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, Defendant and Appellee.*

No. 12085.

Court of Appeal of Louisiana. Orleans.
Oct. 17, 1932.

St. John Perret, John R. Perez, Henry G. McMahon, and John H. Holmes, all of New Orleans, for appellant.

James Wilkinson, N. H. Polmer, and George Piazza, all of New Orleans, for appellee.

PER CURIAM.

For the reasons assigned in the case of John Williams et al. v. Board of Levee Commissioners of Orleans Levee District (La. App.) 141 So. 871, decided May 30, 1932, it is ordered, adjudged, and decreed that the judgment herein appealed from be, and it is, affirmed.

Affirmed.

### MONROE v. D'AUNOY. *

No. 14214.

Court of Appeal of Louisiana. Orleans.
Oct. 17, 1932.

